IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE CANGE | : | CIVIL ACTION |
| | : | NO. 08-3480 |
| v. | : | |
| | : | |
| PHILADELPHIA PARKING | : | |
| AUTHORITY | : | |

## ORDER

AND NOW, this 30th day of October 2009, upon consideration of defendant Philadelphia Parking Authority's motion for summary judgment, plaintiff's opposition thereto and defendant's reply, and plaintiff Marie Cange's Motion for Summary Judgment and defendant's response thereto it is hereby ORDERED that defendant's motion is DENIED and plaintiff's motion is DENIED.  Counsel should inform my Chambers (215-597-2750) within 10 business days of this date if a settlement conference with Magistrate Judge Restrepo might be productive.

    /s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.