IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE CANGE | : | CIVIL ACTION |
| | : | NO. 08-3480 |
| v. | : | |
| | : | FILED |
| PHILADELPHIA PARKING | : | |
| AUTHORITY | : | FEB 22 2010 |
| | | MICHAEL E. KUNZ, Clerk |

## VERDICT FORM

1. Do you find that plaintiff Marie Cange has proved by a preponderance of the evidence that her national origin, Haitian, was a determinative factor in defendant Philadelphia Parking Authority's decision to terminate her?

    \_\_\_\_ YES

    __X__ NO

*If you answered "YES" to Question 1 proceed to Question 4. If you answered "No" to Question 1 proceed to Question 2.*

2. Do you find that plaintiff Marie Cange has proved by a preponderance of the evidence that her national origin, Haitian, was a motivating factor in defendant Philadelphia Parking Authority's decision to terminate her?

    \_\_\_\_ YES

    \_\_\_\_ NO

*If you answered "YES" to Question 2 proceed to Question 3. If you answered "No" to Question 2 do not answer any more questions, and sign and return this verdict form.*

3. Has the defendant Philadelphia Parking Authority proved by a preponderance of the evidence that it would have terminated plaintiff Marie Cange regardless of her national origin?

\_\_\_\_ YES

\_\_\_\_ NO

*If you answered "YES" to Question 3 do not answer any more questions, and sign and return this verdict form. If you answered "No" to Question 3 proceed to Question 4.*

4. Has the plaintiff Marie Cange proved by a preponderance of the evidence that defendant Philadelphia Parking Authority's act played a substantial part in bringing about injury to her?

\_\_\_\_ YES

\_\_\_\_ NO

*If you answered "YES" to Question 4, proceed to Question 5. If you answered "No" to Question 4 do not answer any more questions, and sign and return this verdict form.*

5. If you award the plaintiff Marie Cange damages, what do you find to be the amount?

$ _____ (fill in amount)

**After you have answered the questions you have chosen to answer, sign and date the Verdict Form and give it to Mr. Ervin.**

Date: \_\_2/22/10\_\_          BY: _____
                                            Foreperson