## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIE CANGE : CIVIL ACTION
: NO. 08-3480
v. :
:
PHILADELPHIA PARKING :
AUTHORITY :

## ORDER

AND NOW, this 1st day of April 2010, upon consideration of defendant's motion for

judgment as a matter of law pursuant to Rule 50, plaintiff's motion for a mistrial and request for

a new trial, the supporting briefs and oral argument, it is hereby ORDERED that defendant's

motion is GRANTED, plaintiff's motion is DENIED and judgment is ENTERED in favor of

defendant Philadelphia Parking Authority and against plaintiff Marie Cange.


       /s/ Thomas N. O'Neill, Jr.
       THOMAS N. O'NEILL, JR., J.